UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                                                                   :

MALIBU MEDIA, LLC,                                    :

                                                           Civil Action No. 1:16-cv-02469-LAK-GWG

                         Plaintiff,           :

                                                                    :

                      vs.                       :

                                                         :

JOHN DOE subscriber assigned IP address  :
65.78.4.193,

                                                                  :

                     Defendant.     :
---------------------------------------------------------------X

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL

## <u>WITH PREJUDICE OF JOHN DOE</u>

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel, Ben Kailin, Esq.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>.  John Doe was assigned the IP Address 65.78.4.193.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  November 3, 2016

                                                       Respectfully submitted,

                         By:    <u>/s/ *Jacqueline M. James*</u>
                                    Jacqueline M. James, Esq. (1845)
                                     The James Law Firm, PLLC
                                     445 Hamilton Avenue
                                     Suite 1102
                                     White Plains, New York 10601
                                     T: 914-358-6423

> F: 914-358-6424
> E-mail: jjameslaw@optonline.net
> *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on November 3, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

> By: /s/ *Jacqueline M. James*
> Jacqueline M. James, Esq.